

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
03/12/2021

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 20-34542** |
| | § | |
| | § | |
| **CHRISTOPHER MARK LATHAM,** | § | **CHAPTER 7** |
| *Debtor* | § | |
| | § | |
| | § | **JUDGE JEFFREY P NORMAN** |

| | | |
|---|---|---|
| **AMOCO FEDERAL CREDIT UNION** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **ADVERSARY NO. 20-03498** |
| | § | |
| | § | |
| **CHRISTOPHER MARK LATHAM,** | § | |
| *Defendant* | § | |

## AGREED FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be considered the above-entitled matter, wherein AMOCO FEDERAL CREDIT UNION ("AFCU") is Plaintiff and Creditor herein, and CHRISTOPHER MARK LATHAM ("Latham") is Defendant and the Debtor herein.

The Court has read the pleadings and the papers on file and upon the representation as agreed to by the Parties, the court finds that this Agreed Final Judgment should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that AMOCO FEDERAL CREDIT UNION have and recover from Defendant CHRISTOPHER MARK LATHAM the sum of EIGHT THOUSAND SIX-HUNDRED THIRTY AND 35/100 DOLLARS ($8,630.35). It is further,

1

ORDERED, ADJUDGED AND DECREED that AMOCO FEDERAL CREDIT UNION shall have those processes necessary for the enforcement and collection of this judgment. It is further,

ORDERED, ADJUDGED AND DECREED that this judgment is an exception under 11 U.S.C. § 523(a)(2)(B) to any discharge granted to Defendant CHRISTOPHER MARK LATHAM under 11 U.S.C. § 727.

This is a FINAL JUDGMENT.

This adversary is closed.

Signed: March 12, 2021

Jeffrey P. Norman
United States Bankruptcy Judge

**AGREED TO AS TO BOTH FORM AND SUBSTANCE AND ENTRY REQUESTED BY:**

**GUZMAN LAW FIRM**

*/s/ Mayur M. Patel*
_____

**Eloise A. Guzman**
State Bar No. 08654570; Fed ID 7685
eloise@guzmanbk.com
**Mayur M. Patel**
State Bar No. 24043863; Fed ID 573995
mayur@guzmanbk.com
8225 Gulf Freeway
Houston, Texas 77017
(713) 378-9900 Phone
(713) 378-9977 Fax
*Attorneys for the Debtor(s)*

**DEBTOR(S):**

CHRISTOPHER MARK LATHAM

**ATTORNEYS FOR AMOCO FEDERAL CREDIT UNION**

By: */s/ Kyle Dickson*
_____
   Kyle L. Dickson
   Southern District Bar No. 13441
   State Bar No. 05841310
   700 Gemini, Suite 115
   Houston, Texas 77058
   Tel:    (281) 488-0630
   Fax:    (281) 488-2039
   Email: *kdickson@murray-lobb.com*